**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 14, 2013 |
| Court Reporter: Janet Coppock | Time: 30 minutes |
| Probation Officer: Michelle Means | Interpreter: n/a |

**CASE NO. 13-CR-0023-PAB-3**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **3. GREGORIO VAZQUEZ,** | John Schlie |
| Defendant. | |

**SENTENCING**

**10:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**ORDERED:** Paragraph 16 of the Presentence Investigation Report shall be corrected as stated on the record.

Case 1:13-cr-00243-PAB   Document 81   Filed 11/14/13   USDC Colorado   Page 2 of 3

Page Two
13-CR-00243-PAB-3
November 14, 2013

Argument by Mr. Schlie in support of Defendant's Motion for Non-Guideline Sentence and comments addressing sentencing.

Argument by Mr. Phillips and comments addressing sentencing.

Further argument by Mr. Schlie.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence [Docket No. 76] is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 16, 2013** to count **One of the Information.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **3** years.

**ORDERED: Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Three
13-CR-00243-PAB-3
November 14, 2013

**ORDERED:** **Special Condition** of Probation are that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for (drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall be placed on home detention for a period of **10** months, to commence within **21** days of sentencing.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The  defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately .

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**10:36 a.m.    COURT IN RECESS**

**Total in court time:         30 minutes                             Hearing concluded**